UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MAZZA, | No. 2:14-cv-0874 AC P |
| Plaintiff, | |
| v. | ORDER |
| L. AUSTIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983 which was transferred to this court from the Northern District of California. See ECF No. 8. On March 21, 2014, plaintiff filed a request for a court-appointed expert witness. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). Even if plaintiff is granted in forma pauperis status, Congress has not authorized the expenditure of public funds for expert witnesses. See 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a court appointed expert witness (ECF No. 5) is denied.

DATED: April 15, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1