UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MAZZA,<br><br>             Plaintiff,<br><br>        v.<br><br>L. AUSTIN, et al.,<br><br>             Defendants. | No.  2:14-cv-0874 AC P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se with a civil rights complaint, has filed a motion for court-ordered legal supplies.  However, plaintiff has not alleged that these items have been requested from prison officials; nor that such a request has been unreasonably denied.  Accordingly, plaintiff's request for court-ordered legal supplies will be denied.

   In light of the above, IT IS HEREBY ORDERED that plaintiff's motion for court-ordered legal supplies (ECF No. 6) is denied.

DATED: April 15, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1