1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRYAN MAZZA,                        No.  2:14-cv-0874 AC P

12                  Plaintiff,

13        v.                             ORDER

14   L. AUSTIN, et al.,

15                  Defendants.

16

17        This prisoner civil rights action, commenced by plaintiff proceeding pro se and in forma

18   pauperis, proceeds on the combined "Operative Complaint and Addendum."  See ECF No. 38.

19   Service of process by the United States Marshal has been ordered for defendants Austin,

20   Kuersten, Tan and Lipson, see ECF No. 34, and the court is awaiting additional information from

21   plaintiff on the location of defendant McCue, see ECF No. 37.

22        Plaintiff has submitted additional documents, denominated copies of the complaint, see

23   ECF No. 39, and filed a letter stating that the newly-filed documents "clean up the Exhibit Index

24   Page Numbering, and the numbering of the pages themselves," ECF No. 40.  Review of these

25   matters, in tandem with the Operative Complaint and Addendum, indicate that no changes are

26   required to the operative documents.  Plaintiff's newly-filed List of Exhibits (page 2 only) is

27   identical to that provided in the operative documents.  See ECF No. 38 at 8 (page 1 of exhibit

28   list), and 126 (page 2 of exhibit list).  Moreover, neither the operative documents nor plaintiff's

newly-filed documents include copies of designated Exhibit Nos. 28-32; plaintiff's exhibits end with Exhibit No. 27 (State Medical Board documentation re. Dr. Tan).  Should plaintiff have possession of the remaining exhibits, he may submit copies to the court, properly designated, for inclusion in the operative documents.

Accordingly, IT IS HEREBY ORDERED that plaintiff's recently-filed documents, ECF No. 39-40, require no action by this court.  Plaintiff is reminded that the court awaits his submission of information necessary to complete service of process on defendant McCue.

DATED: November 17, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2