1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRYAN MAZZA,                              No.  2:14-cv-0874 AC P

12                  Plaintiff,

13          v.                                  ORDER

14    L. AUSTIN, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

18    action.  The court issued a discovery and scheduling order on December 18, 2015.  See ECF No.

19    44.  Plaintiff now informs the court that he has been temporarily transferred from California State

20    Prison Solano (CSP-SOL) to the Napa County Department of Corrections where he anticipates

21    being housed "for a while."  ECF No. 47 at 1.  Plaintiff requests that the court take this case "off

22    calendar" until he returns to CSP-SOL, "where there is a law library & all of my legal material."

23    Id.

24          The court finds no prejudice to defendants in suspending the current deadlines in this case.

25    The court will vacate the December 18, 2015 scheduling order, and will issue an amended order

26    upon notice from plaintiff that he has returned to CSP-SOL or is otherwise ready to proceed.  If

27    defendants have already propounded discovery on plaintiff, the deadline for service of plaintiff's

28    responses shall be suspended until further order.

1    Accordingly, for good cause shown, the discovery and scheduling order, ECF No. 44, is

2    VACATED until further order of this court.

3    Plaintiff is directed to inform the court and defendants when he is transferred back to

4    CSP-SOL, by filing and serving a statement within seven (7) days after his return to CSP-SOL.

5    If plaintiff is not returned to CSP-SOL within sixty (60) days after the filing date of this

6    order, he shall file and serve a statement so informing the court and defendants.  Plaintiff is

7    cautioned that if he files no statement within seventy-five (75) days after the filing date of this

8    order, he will be ordered to show cause why this case should not be dismissed for failure to

9    prosecute.

10    IT IS SO ORDERED.

11  DATED: January 11, 2016

12  _____

    ALLISON CLAIRE
13  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2