UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MAZZA, | No. 2:14-cv-0874 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| L. AUSTIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner temporarily detained in the Napa County Jail pending a state criminal proceeding against him that is currently scheduled for hearing on April 13, 2016. In response to this court's order to show cause filed March 16, 2016, ECF No. 56, plaintiff promptly filed a statement that demonstrates good cause for a further stay of this action pending resolution of the state criminal proceeding, see ECF No. 60. Accordingly, the court's order to show cause will be discharged.[1] This action shall remain stayed until May 2, 2016, or further order of this court. Plaintiff shall file and serve a statement no later than April 22, 2016, informing the court and defendants of the resolution of the April 13, 2016 hearing, and whether plaintiff has been returned to state prison; if that hearing is continued, plaintiff shall so inform the court and identify the new hearing date.

---

[1] In light of the relatively short anticipated duration of the continued stay in this action, defendants may, but need not, file and serve a responsive statement addressing the impact on them of further delay (as previously ordered by the court, see ECF No. 56 at 3).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed March 16, 2016, ECF No. 56, is discharged.

2. Plaintiff shall, on or before April 22, 2016, file and serve a statement identifying plaintiff's place of incarceration following the April 13, 2015 state criminal proceeding currently pending against him; if the April 13, 2016 hearing is continued, plaintiff shall so inform the court and defendants, and identify the new hearing date.

3. All other matters in this action shall remain stayed until May 2, 2016, or further order of this court.

DATED: March 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE