UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN MAZZA,

        Plaintiff,

   v.

L. AUSTIN, et al.,

        Defendants.

No. 2:14-cv-0874 GEB AC P

ORDER

Plaintiff has notified the court that his pending state criminal trial is now scheduled to commence on June 20, 2016, and that plaintiff remains incarcerated at the Napa County Jail. See ECF No. 64. Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff shall file and serve a statement no later than July 1, 2015, informing the court and defendants of the resolution of his criminal proceeding, and when plaintiff is returned to state prison.

    2. If the June 20, 2016 trial is continued, plaintiff shall promptly file and serve a statement so informing the court and defendants, and shall identify the new trial date.

    3. Absent further order of this court, this action shall remain stayed until July 15, 2016.

DATED: May 11, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE