UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MAZZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. AUSTIN, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-0874 GEB AC P<br><br><br>ORDER |

By order filed May 12, 2016, this court continued the stay in this action until July 15, 2016 or further order of this court. See ECF No. 65. Defense counsel has now filed a motion requesting that the stay be lifted, noting that plaintiff recently propounded discovery on defendants notwithstanding his statements that he is unable to proceed in the instant action while temporarily incarcerated at the Napa County Jail; there plaintiff awaits a state criminal proceeding now scheduled for June 20, 2016. Defense counsel also requests clarification of this court's Discovery and Scheduling Order filed December 18, 2015, ECF No. 44. See ECF No. 66.

For the reasons set forth in this court's order filed May 12, 2016, ECF No. 65, this action shall remain stayed until July 15, 2016. The stay nullifies all dates set forth in this court's December 18, 2015 Discovery and Scheduling Order; accordingly, defendants need not presently respond to the discovery recently propounded by plaintiff. However, in light of plaintiff's recent activity in the present case, no further stays will be granted absent a showing of compelling need.

1

The court anticipates that a new Discovery and Scheduling Order will issue in this action in mid-July 2016.  Plaintiff is reminded to review the court's prior order filed May 12, 1016, ECF No. 65, concerning his reporting deadlines in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to lift the stay in this action, ECF No. 66, is denied without prejudice.

2. This action shall remain stayed until July 15, 2016, or further order of this court.

DATED: May 16, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2