UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MAZZA, | No. 2:14-cv-0874 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| L. AUSTIN, et al., | |
| Defendants. | |

By order filed May 7, 2016, the court stayed this prisoner civil rights action until July 15, 2016, or further order of this court, pending resolution of a separate state criminal action against plaintiff. See ECF No. 67. The pendency of the state action has required that plaintiff be held in the custody of Napa County, away from his legal materials in the instant action located at California State Prison Solano. Plaintiff now informs the court that a hearing will be held in the state court action on July 27, 2016; it is not clear whether that hearing will be dispositive.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is stayed until further order of this court.

2. Upon conclusion of the state court action, plaintiff shall, within seven (7) days thereafter, file and serve a statement so informing the court and defendants of such conclusion and the date of plaintiff's return to California State Prison Solano.

////

3. If the state court action has not concluded within thirty (30) days after the filing date of this order, plaintiff shall file and serve a statement informing the court and defendants of the status of that action. Plaintiff shall file and serve such statements every thirty (30) days thereafter until the state court action has concluded.

SO ORDERED.

DATED: July 11, 2016

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE