UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MAZZA,<br><br>    Plaintiff,<br><br>    v.<br><br>L. AUSTIN, et al.,<br><br>    Defendants. | No. 2:14-cv-0874 GEB AC P<br><br><br>ORDER |

By motion signed August 13, 2017 and filed August 28, 2017, plaintiff seeks to compel further discovery from defendant Kuersten. However, for the reasons stated in this court's order filed August 17, 2017, ECF No. 110, and defendants' opposition to plaintiff's motion, ECF No. 112, plaintiff's motion is moot. Defendant Keursten served plaintiff with all outstanding written discovery on September 5, 2017. See ECF No. 112 at 2; ECF No. 112-1 at 49-56.

Accordingly, plaintiff's motion to compel further discovery, ECF No. 111, is denied as moot.

IT IS SO ORDERED.

DATED: September 14, 2017

                                            ALLISON CLAIRE<br>
                                            UNITED STATES MAGISTRATE JUDGE