UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MAZZA, | No. 2:14-cv-0874 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| L. AUSTIN, et al., | |
| Defendants. | |

Plaintiff's declaration filed October 3, 2017 is construed as a request for extension of time within which to file and serve an opposition to defendants' pending motion for summary judgment. Plaintiff is informed that the exhibits to his declaration will not be considered in opposition to defendants' motion; rather, plaintiff must include all relevant exhibits with his opposition.

Accordingly, IT IS HEREBY ORDERED that on or before November 3, 2017, plaintiff shall file and serve his opposition to defendants' motion for summary judgment. Defendants may file and serve a reply within seven days after the electronic filing of plaintiff's opposition. See Local Rule 230(l).

DATED: October 5, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE