IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MAZZA,<br><br>                Plaintiff,<br><br>     v.<br><br>L. AUSTIN, et al.,<br><br>                Defendants. | Case No. 2:14-cv-00874 TLN AC P<br><br><br>ORDER |

     Defendants Austin, Kuersten, Lipson, and McCue request a 30-day extension of time in which to file objections to the Magistrate Judge's Findings and Recommendations filed February 7, 2018 (ECF No. 121). Defendants have shown good cause for an extension of time, but not for the full amount of time requested. In light of the court's case management constraints, defendants shall be provided a 21-day extension of time.

     Accordingly, IT IS HEREBY ORDERED that defendants' request (ECF No. 123) is GRANTED IN PART. The extended time shall also be accorded to plaintiff. Therefore, all parties shall file their objections on or before March 14, 2018.

DATED: February 22, 2018

                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE