UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MAZZA, | No. 2:14-cv-0874 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| L. AUSTIN, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action alleging deliberate indifference to his serious medical needs. This action proceeds against five defendants: Austin, Kuersten, Lipson, McCue and Tan. By order filed August 29, 2018, the district judge adopted the undersigned's findings and recommendations filed February 7, 2018, and denied the motion for summary judgment, on administrative exhaustion grounds, filed by defendants Austin, Kuersten and McCue. See ECF Nos. 129, 121. This action will now again proceed on the merits.

     Pending a decision on defendants' motion, the court directed the parties to complete all written discovery, but vacated the deadline for conducting plaintiff's deposition, and the deadline for filing dispositive motions. See ECF No. 110. The new deadlines are provided by this order.

     The court notes that, although plaintiff's last address of record is San Quentin State Prison, the California Department of Corrections and Rehabilitation has confirmed that plaintiff

1

was transferred to California State Prison Solano on September 10, 2018. The Clerk of Court will be directed to make this change on the docket.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall conduct plaintiff's deposition by November 30, 2018.

2. The dispositive motion deadline is extended to March 15, 2019.

3. The Clerk of Court shall designate on the docket that plaintiff's current address is California State Prison Solano, Facility D.

SO ORDERED.

DATED: September 19, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE