UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MAZZA,<br><br>    Plaintiff,<br><br>    v.<br><br>L. AUSTIN, et al.,<br><br>    Defendants. | No. 2:14-cv-0874 TLN AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action alleging deliberate indifference to his serious medical needs by defendants Austin, Kuersten, Lipson, McCue and Tan. The court has considered defendants' pending requests to extend the remaining deadlines in this case, see ECF Nos. 137 & 138, and plaintiff's opposition thereto, ECF No. 139. For good cause shown, IT IS HEREBY ORDERED that:

    1. Defendants' motion to extend dates, ECF No. 137, is GRANTED.

    2. Defendants shall conduct plaintiff's deposition and file any necessary motions to compel by February 28, 2019.

    3. The dispositive motion deadline is extended to June 14, 2019.

    4. In response to plaintiff's request for mediation, defendants (who are represented by

////

////

1

separate counsel) shall file and serve a joint statement by April 5, 2019 that states whether defendants also seek participation in a settlement conference.

IT IS SO ORDERED.

DATED: November 15, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE