UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MAZZA,<br><br>    Plaintiff,<br><br>    v.<br><br>L. AUSTIN, et al.,<br><br>    Defendants. | No. 2:14-cv-0874-TLN-AC<br><br>**ORDER** |

Plaintiff Bryan Mazza ("Plaintiff"), a state prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2020, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 165.)  Neither party has filed objections to the Findings and Recommendations.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 24, 2020 (ECF No. 165), are adopted in full;

2. Defendants' Motions for Summary Judgment, ECF Nos. 143 and 144, are GRANTED;

3. Judgment is entered for Defendants Lipson, McCue, Kuersten, Austin and Tan; and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: August 3, 2020

Troy L. Nunley
United States District Judge